Granted, So Ordered.
s/ Judge Ann Aldrich
5/15/07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE DEEL, | ) | Case No. 1:07-CV-373 |
| | ) | |
| Plaintiff, | ) | Judge Ann Aldrich |
| v. | ) | |
| | ) | Mag. Judge William H. Baughman |
| REGIONAL ADJUSTMENT BUREAU, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| | ) | |

Plaintiff Jesse Deel and Defendant Regional Adjustment Bureau, by and through their respective Counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff is dismissing with prejudice any and all claims currently pending against Defendant Regional Adjustment Bureau, in the above-captioned matter, with each party to bear its own costs and attorney's fees.

Respectfully submitted,


/s/ Ryan A. Sobel
Jeffrey J. Wedel (0041778)
Ryan A. Sobel (0078507)
Squire, Sanders & Dempsey L.L.P.
4900 Public Square
127 Key Tower
Cleveland, OH  44114
(216) 479-8489
(216) 479-8795 (fax)
jwedel@ssd.com
rsobel@ssd.com

Attorneys for Defendant
Regional Adjustment Bureau

/s/ Jeffrey A. Lilly
Jeffrey A. Lilly (0070885)
UAW Legal Services Plan
5300 Baumhart, Suite 3
Lorain, OH  44053
(440) 282-1392
jeffreyli@uawlsp.com

Attorney for Plaintiff
Jesse Deel

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2007, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                        /s/Ryan A. Sobel
                        One of the Attorneys for the Defendant